UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JASON MARTINEZ,
                     Plaintiff,

v.                                                    **ORDER**

TZUMI ELECTRONICS, INC.,        25-CV-02578 (PMH)

                     Defendants.
-----------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

On March 28, 2025, Jason Martinez ("Plaintiff") commenced the instant action against Tzumi Electronics, Inc. ("Defendant"). (Doc. 1). On March 31, 2025, the Clerk of Court issued summons as to Defendant. (Doc. 4). On May 22, 2025, Plaintiff filed a Waiver of Service executed by counsel for Defendant, acknowledging that Defendant "must file and serve an answer or a motion under Rule 12 within 60 days from May 13, 2025." (Doc. 5). As such, Defendant's deadline to answer or otherwise respond to the Complaint was July 14, 2025. (*Id.*). Defendant did not answer or otherwise respond to the Complaint. There has been no activity on the docket since the filing of the executed Waiver of Service.

Accordingly, Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by August 29, 2025. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED:

Dated: White Plains, New York
           July 31, 2025

                                                               Hon. Philip M. Halpern
                                                                United States District Judge